UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MAMADOU BARRY,
                           Plaintiff,

v.

JAIME LAMANNA, DUNCAN S. BEY, JR.,
and CHANTEL K. ELMORE,
                           Defendants.
--------------------------------------------------------------x

**ORDER**

19 CV 4189 (VB)

      By Order dated July 14, 2020, the Court instructed plaintiff, who is proceeding pro se and in forma pauperis, to mail his interrogatories and requests for documents to the Pro Se Clerk, for filing to the ECF docket, so that defendants may receive and respond to such requests. (Doc. #28).

      On July 24, 2020, the Pro Se Clerk received and docketed plaintiff's discovery requests. (See Docs. ##29–31).

      Accordingly, it is HEREBY ORDERED:

1. Defendants must respond to plaintiff's discovery requests by August 14, 2020. This deadline will not be extended.

2. All other discovery deadlines set forth in the Court's March 9, 2020, Order (Doc. #25) remain unchanged.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: July 27, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge