UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MAMADOU BARRY, :
          Plaintiff, :
v. : **ORDER**
    :
JAIME LAMANNA; DUNCAN S. BEY, JR.; : 19 CV 4189 (VB)
and CHANTEL K. ELMORE, :
          Defendants. :
--------------------------------------------------------------x

    The Court conducted an on-the-record conference today, at which plaintiff, proceeding pro se, and defense counsel appeared by telephone. Accordingly, it is HEREBY ORDERED:

    1.    A status conference in this case is scheduled for **January 14, 2021, at 2:45 p.m.** Plaintiff and defense counsel shall attend the status conference by calling the following number and entering the access code when requested:

        **Dial-In Number:**    (888) 363-4749 (toll free) **or** (215) 446-3662

        **Access Code:**    1703567

    It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone.

    2.    Prior to the scheduled conference date, defense counsel shall write the Court a letter indicating the status of her request for settlement authorization, including whether the matter has been resolved or defense counsel needs more time obtaining the relevant authorizations.

    Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 3, 2020
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge